UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIMON UNSWORTH HAINES, an individual,<br><br>Petitioner,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON.COM, INC., a Delaware corporation,<br><br>Respondents. | No. 2:24-cv-00543-JHC<br><br>**STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO VACATE FINAL ARBITRATION AWARD AND CROSS-MOTION TO CONFIRM FINAL ARBITRATION AWARD**<br><br>NOTE ON MOTION CALENDAR:<br>June 14, 2024 |

**STIPULATED MOTION**

Petitioner Simon Unsworth Haines ("Haines") and Respondents Amazon.com Services LLC and Amazon.com, Inc. (together, "Amazon") jointly move the Court to enter the subjoined order setting forth a briefing schedule for Haines's motion to vacate the final arbitration award at issue and Amazon's cross-motion to confirm that same final arbitration award. The parties respectfully submit this Stipulated Motion in lieu of a Joint Status Report. In support of this Stipulated Motion, the parties state the following:

1. On December 22, 2023, Haines filed his Verified Petition to Vacate Arbitration Award with the United States District Court for the Central District of California, commencing this action under Section 10 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et. seq.*, to vacate the final arbitration award entered in an arbitration proceeding between the parties. Dkt. No. 1.

2. On April 16, 2024, the United States District Court for the Central District of California transferred the action to this Court. Dkt. No. 24.

3. Pursuant to the FAA, Haines intends to file a motion to vacate the final arbitration award, and Amazon intends to file a cross-motion to confirm that same final arbitration award.

4. In accordance with LCR 7(k), and to facilitate the parties' orderly submission of related papers to the Court, their respective counsel have met and conferred regarding a joint proposed briefing schedule for Haines's motion, Amazon's cross-motion, and related briefs in opposition and in reply.

5. For the above reasons, the parties jointly and respectfully request that the Court enter an order setting forth the following briefing schedule for their respective motions:

| Event | Due Date |
| --- | --- |
| Haines's motion to vacate arbitration award | June 26, 2024 |
| Amazon's opposition to Haines's motion and Amazon's cross-motion to confirm arbitration award | July 17, 2024 |
| Haines's reply in support of his motion and opposition to Amazon's cross-motion | July 24, 2024 |
| Amazon's reply in support of its cross-motion | July 31, 2024 |
| **Noting Date for motion and cross-motion[1]** | **July 31, 2024** |

STIPULATED this 14th day of June, 2024.

---

[1] The parties stipulate and agree that the Court's determination of their proposed cross-motions will fully dispose of the merits of this matter, obviating a need for additional case deadlines.

STIPULATION AND ORDER
SETTING BRIEFING SCHEDULE (2:24-cv-00543-JHC) - 2

I certify that this memorandum contains 363 words, in compliance with the Local Civil Rules.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Respondents Amazon.com Services LLC and Amazon.com, Inc.*<br><br>By: *s/ Arthur A. Simpson*<br>　　John A. Goldmark, WSBA #40980<br>　　Arthur A. Simpson, WSBA #44479<br>　　Bryan C. Taylor, WSBA #55642<br>　　920 Fifth Avenue, Suite 3300<br>　　Seattle, WA  98104-1610<br>　　Telephone:  206.622.3150<br>　　Email:  johngoldmark@dwt.com<br>　　　　　　arthursimpson@dwt.com<br>　　　　　　bryantaylor@dwt.com | LAW OFFICE OF KENNETH G. EADE<br>*Attorneys for Petitioner Simon Unsworth Haines*<br><br>By: *s/ Michael S. Brandt*<br>　　Michael S. Brandt, WSBA #29200<br>　　9350 Wilshire Blvd, Suite 203<br>　　Beverly Hills, CA 90212<br>　　Telephone:  310.867.6072<br>　　Email:  brandtmichaelsteven@gmail.com<br>　　　　　　michael@amazonsellers.attorney |

# ORDER

Pursuant to the parties' stipulation, the Court sets the following briefing schedule:

| Event | Due Date |
| --- | --- |
| Haines's motion to vacate arbitration award | June 26, 2024 |
| Amazon's opposition to Haines's motion and Amazon's cross-motion to confirm arbitration award | July 17, 2024 |
| Haines's reply in support of his motion and opposition to Amazon's cross-motion | July 24, 2024 |
| Amazon's reply in support of its cross-motion | July 31, 2024 |
| **Noting Date for motion and cross-motion** | **July 31, 2024** |

IT IS SO ORDERED.

Dated this 14th day of June, 2024.

John H. Chun
UNITED STATES DISTRICT JUDGE