UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIMON UNSWORTH HAINES, an individual,<br><br>Petitioner,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON.COM, INC., a Delaware corporation,<br><br>Respondents. | No. 2:24-cv-00543-JHC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND REMAINING DEADLINES IN BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>July 16, 2024 |

### **STIPULATED MOTION**

Petitioner Simon Unsworth Haines ("Haines") and Respondents Amazon.com Services LLC and Amazon.com, Inc. (together, "Amazon") jointly move the Court to enter the subjoined order extending the remaining briefing deadlines for Haines's motion to vacate the final arbitration award at issue and Amazon's cross-motion to confirm that same final arbitration award. In support of this Stipulated Motion, the parties state the following:

1. On June 14, 2024, the parties jointly filed their Stipulated Motion and (Proposed) Order Setting Briefing Schedule for Motion to Vacate Final Arbitration Award and Cross-Motion to Confirm Final Arbitration Award ("Stipulated Motion to Set Briefing Schedule") with the Court.

STIPULATION AND ORDER TO EXTEND
REMAINING DEADLINES IN BRIEFING
SCHEDULE (2:24-cv-00543-JHC) - 1

2.     On June 14, 2024, the Court entered an Order that granted the parties' Stipulated Motion to Set Briefing Schedule and set forth the briefing schedule currently in effect.

3.     On June 26, 2024, Haines filed his Motion to Vacate Final Arbitration Award with the Court.

4.     On July 15, 2024, the parties conferred regarding scheduling difficulties that had recently arisen due to attorneys' illnesses, and agreed to extend the remaining deadlines in the briefing schedule accordingly.

5.     For the above reasons, the parties jointly and respectfully request that the Court enter an order extending the remaining deadlines in the briefing schedule as follows:

| Event | Due Date |
| --- | --- |
| Amazon's opposition to Haines's motion and Amazon's cross-motion to confirm arbitration award | July 26, 2024 |
| Haines's reply in support of his motion and opposition to Amazon's cross-motion | August 2, 2024 |
| Amazon's reply in support of its cross-motion | August 9, 2024 |
| **Noting Date for motion and cross-motion** | **August 9, 2024** |

STIPULATED this 16th day of July, 2024.

I certify that this memorandum contains 267 words, in compliance with the Local Civil Rules.

STIPULATION AND ORDER TO EXTEND
REMAINING DEADLINES IN BRIEFING
SCHEDULE (2:24-cv-00543-JHC) - 2

| | | |
|---|---|---|
| 1 | DAVIS WRIGHT TREMAINE LLP | LAW OFFICE OF KENNETH G. EADE |
| 2 | *Attorneys for Respondents Amazon.com Services LLC and Amazon.com, Inc.* | *Attorneys for Petitioner Simon Unsworth Haines* |

By: *s/ Arthur A. Simpson*
    John A. Goldmark, WSBA #40980
    Arthur A. Simpson, WSBA #44479
    Bryan C. Taylor, WSBA #55642
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone:  206.622.3150
    Email:  johngoldmark@dwt.com
           arthursimpson@dwt.com
           bryantaylor@dwt.com

By: *s/ Michael S. Brandt*
    Michael S. Brandt, WSBA #29200
    9350 Wilshire Blvd, Suite 203
    Beverly Hills, CA 90212
    Telephone:  310.867.6072
    Email:  brandtmichaelsteven@gmail.com
           michael@amazonsellers.attorney

**ORDER**

Pursuant to the parties' stipulation, the Court adjusts the briefing schedule as follows:

| Event | Due Date |
| --- | --- |
| Haines's motion to vacate arbitration award | June 26, 2024 |
| Amazon's opposition to Haines's motion and Amazon's cross-motion to confirm arbitration award | July 26, 2024 |
| Haines's reply in support of his motion and opposition to Amazon's cross-motion | August 2, 2024 |
| Amazon's reply in support of its cross-motion | August 9, 2024 |
| **Noting Date for motion and cross-motion** | **August 9, 2024** |

The Court DIRECTS the Clerk to re-note the currently pending motion to vacate, Dkt. # 34, for August 9, 2024.

Dated this 17th day of July, 2024.

John H. Chun
UNITED STATES DISTRICT JUDGE